# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **MINHNGOC TRAN,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:03-CV-374 (WDO) |
| **THE BOEING COMPANY,** | : | |
| **Defendant** | : | |

## ORDER

Having carefully considered Plaintiff's motion to modify the record, and there being no objection thereto, the same is GRANTED.

**SO ORDERED** this 25th day of January, 2006.

    S/
    WILBUR D. OWENS, JR.
    UNITED STATES DISTRICT JUDGE